UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LERCHER, an individual,<br><br>                  Plaintiff,<br><br>v.<br><br>WYNDHAM SAN DIEGO BAYSIDE, an unknown business entity; WYNDHAM HOTELS & RESORTS, INC., a Delaware corporation,<br><br>                  Defendants. | Case No.: 19CV1176-JLS(KSC)<br><br>**ORDER RESETTING STATUS CONFERENCE AND MODIFYING CONFERENCE CALL INSTRUCTIONS** |

The Status Conference on May 8, 2020 is moved from 11:00 a.m to 11:30 a.m. Counsel must call the Court's teleconference line at 1-877-873-8017, enter the access code 2924630 and press "*" when prompted for a security code

**IT IS SO ORDERED.**

Dated: April 22, 2020

Hon. Karen S. Crawford
United States Magistrate Judge