1  Scott E. Schutzman, Esq.  SBN 140962
   LAW OFFICES OF SCOTT E. SCHUTZMAN
2  2124 Main Street, Suite 130
3  Huntington Beach, California 92648
   Tel:   (714) 374-0099
4  Fax:   (714) 374-0104
5  Email: schutzy@msn.com

6  Attorneys for Plaintiff, Charles Lercher
7
8  **UNITED STATES DISTRICT COURT**
9  **SOUTHERN DISTRICT OF CALIFORNIA**

10
11 | CHARLES LERCHER, an individual, | Case No.: **3:19-cv-01176-JLS-KSC** |
|---|---|
|  | Hon. Karen S. Crawford |
| Plaintiff, | |
| v. | |
|  | **STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL** |
| WYNDHAM SAN DIEGO BAYSIDE, an unknown business entity; WYNDHAM HOTELS & RESORTS, INC., a Delaware corporation, | |
| Defendants. | |

22
23                              **STIPULATION**
24
      Plaintiff Charles Lercher and Defendant Wyndham Hotels & Resorts, Inc.
25
   hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action
26
   be dismissed with prejudice as to all claims, causes of action, and parties, with
27
28 each party bearing that party's own attorney's fees and costs.

---

**STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL**

1

**Case No. 3:19:cv-01176-JLS-KSC**

| | |
|---|---|
| Dated: April 21, 2020 | LAW OFFICES OF SCOTT E. SCHUTZMAN<br><br>By: _____<br>Scott E. Schutzman<br>Attorney for Plaintiff,<br>Charles Lercher |
| Dated: May 18, 2020 | BAKER & HOSTETLER LLP<br><br>By: _____<br>Sabrina L. Shadi<br>Attorney for Defendant,<br>Wyndham Hotels & Resorts, Inc.<br>Email: sshadi@bakerlaw.com |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: April ___, 2020

_____
Karen S. Crawford
United States District Judge