# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LERCHER,<br><br>                    Plaintiff,<br><br>v.<br><br>WYNDHAM SAN DIEGO BAYSIDE, an unknown business entity; WYNDHAM HOTELS & RESORTS, INC., a Delaware corporation,<br><br>                    Defendants. | Case No.: 19-CV-1176 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 20) |

Presently before the Court is the Parties' Joint Motion for Order of Dismissal (ECF No. 20).  Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety, with each Party to bear its own costs and attorney's fees.  The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated:  May 19, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge